**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY, ) | 2:07-cv-01502-HDM-PAL |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| JEFFREY and CAROLYN MONTY, as ) | |
| guardians of FELICIA AMARA ) | |
| ANDRADE and BRENNAE YAZZMINE ) | |
| ANDRADE; and FELICIANO ANDRADE, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |
| FELICIANO ANDRADE, ) | |
| ) | |
| Counterclaimant, ) | |
| ) | |
| vs. ) | |
| ) | |
| MINNESOTA LIFE INSURANCE COMPANY; ) | |
| JEFFREY and CAROLYN MONTY, as ) | |
| guardians of FELICIA AMARA ) | |
| ANDRADE and BRENNAE YAZZMINE ) | |
| ANDRADE ) | |
| ) | |
| Counterdefendants. ) | |
| _____ ) | |
| JEFFREY and CAROLYN MONTY, as ) | |
| guardians of FELICIA AMARA ) | |
| ANDRADE and BRENNAE YAZZMINE ) | |
| ANDRADE, ) | |
| ) | |
| Crossclaimants, ) | |
| ) | |
| vs. ) | |
| ) | |
| FELICIANO ANDRADE ) | |
| ) | |
| Crossdefendant. ) | |
| _____ ) | |

The remaining parties in this action have filed a stipulation for disbursement of funds previously deposited with the court,

1

along with a motion to release those funds (#32). This action was dismissed for want of prosecution on December 14, 2009 (#30). However, at a status conference on May 13, 2014, the court vacated the order dismissing the case and reinstated this action for the limited purpose of disbursement of deposited funds by the clerk of the court (#34).

   As stipulated by the parties, the clerk of the court is directed to disburse the $31,179.77 deposited with the court on October 27, 2008, together with any accrued interest and less any assessed court costs, equally among the three remaining parties, in checks payable as follows:

   1.  Feliciano Andrade and David Lee Phillips, Esq., 700 South Fourth Street, Las Vegas, NV 89101;

   2.  Jeffrey and Carolyn Monty, Guardians for Felicia Amara Andrade, and Roger Steggerda & Associates, 2021 South Jones Boulevard., Las Vegas, NV 89146;

   3.  Jeffrey and Carolyn Monty, Guardians for Brennae Yazzmine Andrade, and Roger Steggerda & Associates, 2021 South Jones Boulevard, Las Vegas, NV 89146.

   In accordance with the stipulation, the clerk of the court is directed to dismiss this action with prejudice upon the disbursement of all deposited funds.

   **IT IS SO ORDERED**.

   DATED: This 14th day of May, 2014.

                    _____
                    UNITED STATES DISTRICT JUDGE